## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Joseph A. Marutollo          DATE:  1/15/25

DOCKET NUMBER:   25CR10(~~RER~~) DG          LOG#:  2:21 – 2:44

DEFENDANT'S NAME:   David Cooper
✓ Present    ___ Not Present        ✓ Custody    ___ Bail

DEFENSE COUNSEL:    Zach Intrader
___ Federal Defender    ___ CJA    ✓ Retained

A.U.S.A:  Jessica Wiegel + Sophia Suarez          CLERK:  Felix Chin

INTERPRETER: _____   (Language) _____

Defendant arraigned on the: ✓ indictment  ___ superseding indictment  ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ✓ Defendant's first appearance.

✓  Bond set at  $250,000 .  Defendant ✓ released  ___ held pending satisfaction of bond conditions.

✓  Defendant advised of bond conditions set by the Court and signed the bond.

2  Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.   *1 in person + 1 via telephone*

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓  Order of Excludable Delay/Speedy Trial entered.  Start 1/15/25   Stop 2/25/25

✓  Rule 5f warnings given to the govt.  ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓  Status conference set for 2/25/25 @ 11:00 before Judge Gujarati

Other Rulings: _____